IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES A. GREEN,

    Petitioner,

v.                                                           Case No. 1:22-cv-271-AW-HTC

RICKY D. DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Charles Green sought § 2254 relief. In a thorough report and recommendation, the magistrate judge recommended denying the petition. ECF No. 9. Petitioner filed an objection incorporating his earlier arguments. ECF No. 10. I have carefully considered the matter de novo, and I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on February 2, 2024.

                                                                  s/ *Allen Winsor*
                                                                   United States District Judge